## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    Nos. 101 and 102 MM 2018

           Respondent    :

                     v.    :

RONALD WHEELER,    :

           Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of September, 2018, the Petition for Leave to File Petitions for Allowance of Appeal *Nunc Pro Tunc* is DENIED.